DSIDA, A.

v.

ESPOSITO, H.

**1480 WDA 2016**

Superior Court of Pennsylvania.

6/22/2017

F.D. 13–006046–001
(Allegheny)

Affirmed

COM.

v.

ROHM, G.

**1610 WDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–02–SA–0001522–2016 (Allegheny)

Vacated

COM.

v.

TROUTMAN, C.

**1500 WDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–25–MD–0000794–1988
(Erie)

Affirmed

COM.

v.

KELLY, F.

**1672 WDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–02–SA–0001777–2016
(Allegheny)

Appeal Dismissed